IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**(1) JOVAN J. DENSON,**<br>[DOB: 5-2-1978]<br><br>**(2) GERALD E. POPE,**<br>[DOB: 11-16-1976]<br><br>**(3) EDWARD J. SMITH,**<br>[DOB: 3-13-1966]<br><br>**(4) CLAUDE C. DAVIS,**<br>[DOB: 12-18-1982]<br><br>**(5) BRIAN J. BROWN,**<br>[DOB: 12-3-1971]<br><br>**(6) AMY E. MITCHELL,**<br>[DOB: 3-20-1972]<br><br>**(7) CHRISTINE D. JONES,**<br>[DOB: 1-2-1991]<br><br>**(8) CORBIN S. RICE,**<br>[DOB: 4-25-1991]<br><br>**(9) BENJAMIN J.H. GOODMAN,**<br>[DOB: 3-7-1995]<br><br>**(10) EARL E. JONES,**<br>[DOB: 1-12-1968]<br><br>**(11) DEANNA J. MILLER aka DEANNA J. HUMPHRIES,**<br>[DOB: 9-10-1970]<br><br>and<br><br>**(12) CEIRRA N. NASH,**<br>[DOB: 1-27-1993]<br><br>　　　　　　　　　Defendants. | No. 17-03077-01/12-CR-S-SRB<br><br>**COUNT 1**<br>21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)<br>NLT 10 Years Imprisonment<br>NMT Life Imprisonment<br>NMT $10,000,000 Fine<br>NLT 5 Years Supervised Release<br>Class A Felony<br><br>**COUNTS 2-9, 11, and 12**<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years Imprisonment<br>NMT $1,000,000 Fine<br>NLT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNTS 10 and 13**<br>21 U.S.C. § 841(a)(1) and (b)(1)(B)<br>NLT 5 Years Imprisonment<br>NMT 40 Years Imprisonment<br>NMT $5,000,000 Fine<br>NLT 4 Years Supervised Release<br>Class B Felony<br><br>**COUNT 14**<br>18 U.S.C. § 922(g) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment (Each Count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

## COUNT 1

Beginning on an unknown date, but no later than March 1, 2016, and continuing to on or about May 18, 2017, said dates being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **JOVAN J. DENSON, GERALD E. POPE, EDWARD J. SMITH, CLAUDE D. DAVIS, BRIAN J. BROWN, AMY E. MITCHELL, CHRISTINE D. JONES, CORBIN S. RICE, BENJAMIN J.H. GOODMAN, EARL E. JONES, DEANNA J. MILLER, and CEIRRA N. NASH,** knowingly and intentionally conspired and agreed with one another and with persons, known and unknown to the Grand Jury, to distribute 1,000 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

## COUNT 2

On or about September 9, 2016, in Greene County, in the Western District of Missouri, the defendant, **CORBIN S. RICE**, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3

On or about September 15, 2016, in Greene County, in the Western District of Missouri, the defendant, **CORBIN S. RICE**, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about October 12, 2016, in Greene County, in the Western District of Missouri, the defendant, **CORBIN S. RICE**, knowingly and intentionally distributed a mixture or substance containing a detectable

amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 5**

On or about October 19, 2016, in Greene County, in the Western District of Missouri, the defendant, **CHRISTINE D. JONES**, knowingly and intentionally possessed, with the intent to distribute, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 6**

On or about December 5, 2016, in Greene County, in the Western District of Missouri, the defendant, **JOVAN J. DENSON**, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 7**

On or about December 8, 2016, in Greene County, in the Western District of Missouri, the defendant, **JOVAN J. DENSON**, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 8**

On or about February 27, 2017, in Greene County, in the Western District of Missouri, the defendant, **JOVAN J. DENSON**, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 9**

On or about March 23, 2017, in Greene County, in the Western District of Missouri, the defendant, **JOVAN J. DENSON**, knowingly and intentionally distributed a mixture or substance containing a

3

Case 6:17-cr-03077-SRB   Document 12   Filed 06/13/17   Page 3 of 5

detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 10

On or about April 24, 2017, in Webster County, in the Western District of Missouri, the defendant, **DEANNA J. MILLER, aka DEANNA J. HUMPHRIES**, knowingly and intentionally possessed, with the intent to distribute, 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 11

On or about May 12, 2017, in Greene County, in the Western District of Missouri, the defendant, **EDWARD J. SMITH**, knowingly and intentionally possessed, with the intent to distribute, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 12

On or about May 16, 2017, in Greene County, in the Western District of Missouri, the defendant, **CLAUDE C. DAVIS**, knowingly and intentionally possessed, with the intent to distribute, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 13

On or about May 17, 2017, in Greene County, in the Western District of Missouri, the defendant, **JOVAN J. DENSON**, knowingly and intentionally possessed, with the intent to distribute, 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 14

On or about May 18, 2017, in Greene County, in the Western District of Missouri, the defendant, **GERALD E. POPE**, having been convicted of a crime punishable by imprisonment for a term exceeding

one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: a Ruger brand, P85 model, 9mm, semi-automatic pistol, serial number 301-48172, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL**


/s/ Gary Tombridge
FOREPERSON OF THE GRAND JURY


/s/ Josephine M. Larison
Josephine M. Larison
Special Assistant United States Attorney

DATED:      06/13/2017
                Springfield, Missouri

5

Case 6:17-cr-03077-SRB   Document 12   Filed 06/13/17   Page 5 of 5